IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 3:07CR84-1-RJC-DSC |
| | )(Financial Litigation Unit) |
| LLOYD BASTFIELD, | ) |
| | ) |
| and | ) |
| | ) |
| IBM, | ) |
| Garnishee. | ) |

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO:   IBM
                New Orchard Road
                Armonk, NY 10504

An Application for a Writ of Garnishment against the property of Lloyd Bastfield, Defendant/debtor, has been filed with this Court. A judgment has been entered against the Defendant/debtor. The Clerk of Court has computed the amount of $6,163,526.40, through May 6, 2011, as due and owing.

You, as Garnishee, are **required by law to answer in writing**, under oath, within ten (10) days of service of this Writ, whether or not you have in your custody, control or possession, any property or funds owned by the Defendant/debtor, including non-exempt, disposable earnings.

You **must withhold and retain any property** in which the Defendant/debtor has a substantial non-exempt interest and for which you are or may become indebted to the Defendant/debtor

pending further order of the Court.  This means that you should withhold 25% of the Defendant/debtor's earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments.  See 15 U.S.C. §1673(a).

Please state whether or not you anticipate paying the Defendant/debtor any future payments and whether such payments are weekly, bi-weekly, monthly, annually or bi-annually.

You must **file the original written Answer** to this Writ within ten (10) days of your receipt of this Writ with the following office:

        **Clerk of the United States District Court**
        **401 West Trade Street**
        **Charlotte, NC 28202**

Additionally, you are required by law to **serve a copy of the Answer** upon the Defendant/debtor at his last known address:

        Lloyd Bastfield
        XXXXXXXXXXX
        Charlotte, NC 28212

You are also required to **serve a copy of the Answer** upon the Plaintiff at the following address:

    Jennifer A. Youngs, Assistant United States Attorney
    United States Attorney's Office
    Financial Litigation Unit
    227 West Trade Street, Suite 1650
    Charlotte, NC 28202

Under the law, there is property which is exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this Order may be listed on the attached Claim for

Exemption form.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the Defendant/debtor from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

Pursuant to 28 U.S.C. §3205(c)(6), if you **fail to answer this Writ or withhold property or funds** in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer the Writ and to withhold property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the court shall enter a judgment against you for the value of the Defendant/debtor's non-exempt interest in such property. The Court may award a reasonable attorney's fee to the United States and against you if the Writ is not answered within the time specified. It is unlawful to pay or deliver to the Defendant/debtor any item attached by this Writ.

**SO ORDERED.**   Signed: May 10, 2011

_____
David S. Cayer
United States Magistrate Judge