```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                      CHARLOTTE DIVISION

UNITED STATES OF AMERICA,       )
                                )
          v.                    )  CASE NO. DNCW3:07CR84-1
                                ) (Financial Litigation Unit)
LLOYD BASTFIELD.                )
```

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO:

A judgment was entered on March 13, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States and against the Defendant, Lloyd Bastfield, whose last known address is XXXXXXXXXXXX, Charlotte, North Carolina 28212, in the amount of $6,164,794.00. The balance on the account as of May 16, 2011, is $6,163,564.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Western Reserve Life Assurance Company of Ohio is commanded to **turn over property** in which the Defendant, Lloyd Bastfield, has a substantial nonexempt interest, the said property being funds located in Western Reserve Life Assurance Company of Ohio accounts including, but not limited to, any and all cash-value life insurance policies, including policy #XXXXXXX690, held in the name of Lloyd Bastfield at the following address: Western Reserve Life Assurance Company of Ohio, 570 Carillon Parkway, St. Petersburg, Florida 33716, Attention: Legal Department.

Signed: May 16, 2011

**SO ORDERED**.

David S. Cayer
United States Magistrate Judge