```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF NORTH CAROLINA
              CHARLOTTE DIVISION

UNITED STATES OF AMERICA,      )
                               )
     v.                        )    CASE NO. DNCW3:07CR84-1
                               )    (Financial Litigation Unit)
LLOYD BASTFIELD.               )
```

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and COASTAL FEDERAL CREDIT UNION:

A judgment was entered on March 13, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States and against the Defendant, Lloyd Bastfield, whose last known address is XXXXXXXXXXX, Charlotte, North Carolina 28212, in the amount of $6,164,794.00. The balance on the account as of May 12, 2011, is $6,163,564.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Coastal Federal Credit Union is commanded to **turn over property** in which the Defendant, Lloyd Bastfield, has a substantial nonexempt interest, the said property being funds located in Coastal Federal Credit Union accounts including, but not limited to, any checking accounts, savings accounts, and individual retirement accounts (IRA) held in the name of Lloyd Bastfield, at the following address: Coastal Federal Credit Union, P.O. Box 58429, Raleigh, North Carolina 27658, Attention: Member Account Services.

**SO ORDERED**.                        Signed: May 16, 2011

_____
David S. Cayer
United States Magistrate Judge